# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: THIRTY-SECOND JUDICIAL
DISTRICT (DELAWARE COUNTY) -
PETITION TO CO-LOCATE
MAGISTERIAL DISTRICT COURT 32-1-
23 WITH MAGISTERIAL DISTRICT
COURT 32-2-37 PURSUANT TO RULE
101 OF THE RULES AND STANDARDS
WITH RESPECT TO OFFICES OF
MAGISTERIAL DISTRICT JUDGES

:  NO. 544
:
:  MAGISTERIAL RULES DOCKET
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of May, 2024, upon consideration of the 32nd Judicial District's Petition to Co-locate Magisterial District Courts 32-1-23 and 32-2-37 pursuant to Rule 101 of the Rules and Standards with Respect to Offices of Magisterial District Judges, it is hereby ORDERED AND DECREED that the Petition is granted. Magisterial District Court 32-2-37 shall be located outside its geographical boundaries and consolidated with Magisterial District Court 32-1-23 at 150 S. MacDade Boulevard, Darby, PA. The relocation and consolidation may occur at the discretion of the President Judge to enable appropriate notice to be provided.